# United States Court of Appeals
## For the First Circuit

No. 04-2168

EIMSKIP, THE ICELAND STEAMSHIP COMPANY, LTD;
EIMSKIP USA, INC.,

Plaintiffs, Appellees,

v.

ATLANTIC FISH MARKET, INC.,

Defendant, Appellant.

ERRATA

The opinion of this court issued on July 27, 2005, is amended as follows:

On page 10, second full paragraph, line 5, replace "Atlantic's" with "Mayflower's".